**FILED**

SEP **3 0** 2009

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LLOYD BELL,                           )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        Civil Action No.  09 1868
                                      )
JILL R. GRANT,                        )
                                      )
            Defendant.                )

**MEMORANDUM OPINION**

This matter comes before the Court on review of plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. The application will be granted, but the complaint will

be dismissed.

Plaintiff alleges that Dr. Jill Grant engaged in a criminal conspiracy by prescribing

medication for the treatment of plaintiff's mental illness with knowledge of its objectionable side

affects. *See* Compl. at 2. Plaintiff "is seeking restitutional punishment money for the crimes

exposed in this complaint" in the amount of $1 million. *Id.* at 3.

Generally, "in the criminal context, the Supreme Court has refused to imply a private

right of action in 'a bare criminal statute.'" *Prunte v. Universal Music Group*, 484 F. Supp. 2d

32, 42 (D.D.C. 2006) (quoting *Cort v. Ash*, 422 U.S. 66, 79-80 (1975)). The criminal statute on

which plaintiff appears to rely, 18 U.S.C. § 241, does not create a private right of action. *See*

*Ibrahim v. Latham & Watkins*, No. 09-0732, 2009 WL 1076695 (D.D.C. Apr. 22, 2009)

(dismissing criminal conspiracy claim on the ground that "[o]nly the federal government can

bring an action for criminal conspiracy under 18 U.S.C. § 241"), *aff'd*, No. 09-7048, 2009 WL

2762198 (D.C. Cir. Aug. 28, 2009).

3

The Court will dismiss this action because the complaint fails to state a claim upon which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

An Order consistent with this Memorandum Opinion is issued separately.

_Ellen S. Huvelle_
United States District Judge

Date: 9/24/09